**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE CITY DIVISION**

**CIVIL CASE NO. 3:07cv191**

| | |
|---|---|
| FRANCES W. HAYDEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> **Commissioner of Social Security,** ) <br> ) <br> Defendant. ) <br> _____ ) | **JUDGMENT** |

For the reasons stated in the Memorandum and Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 11] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 13] is **ALLOWED**; the decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED;** and this matter is hereby **DISMISSED** in its entirety on the merits.

Signed: August 27, 2008

_Martin Reidinger_
Martin Reidinger
United States District Judge